# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

IN RE: ROBERT M. MATESIC, AN　　　　　:　Nos. 41 and 42 WM 2021
INCAPACITATED PERSON　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　:
PETITION OF: NADA JORDAN AND　　　　　:
RICHARD S. MATESIC　　　　　　　　　　　:

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 19th day of November, 2021, the "Application per Pa.R.A.P. 105(a) and 123 for Leave to Exceed Word Limit" is DENIED. Petitioners have 30 days in which to file a compliant Petition for Allowance of Appeal.